

# Fourth Court of Appeals
## San Antonio, Texas

July 22, 2014

No. 04-14-00315-CR

Paulino **FLORES**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR1058
Honorable George H. Godwin, Judge Presiding

# O R D E R

The court reporter's second request for an extension of time to file the reporter's record is GRANTED. The reporter's record is due on **August 18, 2014**. **No further extensions will be granted.**

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of July, 2014.

_____
Keith E. Hottle
Clerk of Court